UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Vanessa Rodriguez,

             Plaintiff(s),

      -against-

The Port Authority of New York
and New Jersey,   Defendant(s).

------------------------------------x

25 CV 4925 (LAP)

**ORDER OF CONFERENCE**

LORETTA A. PRESKA, Senior United States District Judge:

     It is hereby

     ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on April 29, 2026 at 9:30 am for an Initial Pretrial Conference in the above action.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 26, 2026

New York, New York