

**Edward Pichardo**
Attorney

epichardo@advocatesny.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

April 6, 2026

By ECF

Hon. Loretta A. Preska
United States District Court
40 Foley Square
New York, NY 10007

> Re:   Request for Adjournment of Initial Pretrial Conference
> Rodriguez v. PANY et al., 25-cv-04925-LAP

Dear Judge Preska:

This firm represents the Plaintiff in the above-referenced case. Pursuant to an Order dated March 26, 2026, the Court has scheduled an Initial Pretrial Conference for April 29, 2026 at 9:30a.m. The Plaintiff requests an adjournment of that conference from April 29, 2026 to June 29, 2026.

Per your Honor's Individual Rule 1(E), Requests for Adjournments or Extensions of Time:

(1)    The original date of the Initial Pretrial Conference is April 29, 2026.

(2)    This is the Plaintiff's first request for an adjournment.

(3)    Not applicable, see above.

(4)    Defendants consent to this request.

(5)    Plaintiff makes this request to accommodate counsel's schedule and to permit the undersigned, who recently joined the firm, on Monday, March 23, 2026, time to get familiar with the case and confer with the Defendants on a discovery schedule.



Hon. Loretta A. Preska
April 6, 2026
Page 2

We respectfully request that the Court consider granting this adjournment of time.

Respectfully submitted,

/s/ *Edward Pichardo*

Edward Pichardo

cc:      Counsels of Record, via ECF

The conference, previously scheduled for April
29, 2026, is adjourned to June 29, 2026, at 9:30
AM in Courtroom 12A, 500 Pearl Street, New York,
New York. The Clerk of the Court shall close
docket number 20. **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
April 8, 2026