

**Edward Pichardo**
Attorney

epichardo@advocatesny.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

June 22, 2026

By ECF

Hon. Loretta A. Preska
United States District Court
40 Foley Square
New York, NY 10007

> RE:   *Rodriguez v. PANY et al.*, 25-cv-04925-LAP
>        Second Request for Adjournment of Initial Pretrial Conference

Dear Judge Preska:

This firm represents the Plaintiff in the above-referenced case.  Pursuant to an Order dated March 26, 2026, the Court scheduled an Initial Pretrial Conference for April 29, 2026 at 9:30a.m.  The Plaintiff requested an adjournment of that conference from April 29, 2026 to June 29, 2026.  The Court granted that adjournment pursuant to an Order dated April 8, 2026. The Plaintiff is requesting a further adjournment of the conference from June 29, 2026 to either July 7, 9, 14 or 15, 2026.

Per your Honor's Individual Rule 1(E), Requests for Adjournments or Extensions of Time:

(1)     The original date of the Initial Pretrial Conference is June 29, 2026.

(2)     This is the Plaintiff's second request for an adjournment.

(3)     The previous request for an adjournment was granted.

(4)     Defendants consent to this request.

(5)     Plaintiff makes this request to accommodate counsel's schedule to cover a deposition for a colleague on another matter.



Hon. Loretta A. Preska
June 22, 2026
Page 2

We respectfully request that the Court consider granting this relatively brief adjournment of time.

Respectfully submitted,

/s/ *Edward Pichardo*_____
Edward Pichardo

cc:    Counsels of Record, *via ECF*

The conference, previously scheduled for June 29, 2026, is adjourned to July 9, 2026, at 10:30 AM in Courtroom 12A, 500 Pearl Street, New York, New York. The Clerk of the Court shall close docket number 26. **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
June 23, 2026